# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GUYZAR LLC | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:15-cv-02024-JRG |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| WORLD WRESTLING ENTERTAINMENT, INC. | § | |
| | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Guyzar LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby move for an order voluntarily dismissing all claims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

March 18, 2016

By:
*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
Ferraiuoli LLC
USDC No. 215505
221 Ponce de Leon Ave., 5th Fl.
(T) 787.766.7000
(F) 787.766.7001
(E) etorres@ferraiuoli.com

*Attorney(s) for Plaintiff*
*Guyzar LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7 (h) and that all parties are in agreement to the relief requested in this joint and unopposed motion.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18th, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola